NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

CHEMI S.P.A., LORENZO DE FERRA, AND PIETRO MASSARDO,
*Appellants,*

v.

DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,
*Appellee,*

AND

FIDIA FARMACEUTICI S.P.A.,
*Appellee.*

---

2010-1514

(Reexamination No. 95/000,138)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

ON MOTION

---

ORDER

Upon consideration of the motions regarding the official caption and the Director of the United States Patent Office's motion to stay briefing,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that the revised official caption is reflected above.

(2) The Director's motion to stay briefing is granted to the extent that the Director should calculate the due date for his brief from the date of filing of this order. If the appellants so choose, they may file a replacement reply brief within 14 days of service of the Director's brief. If the appellants do not file a replacement reply brief by that date, the case will proceed based upon the reply brief already filed.

FOR THE COURT

__JAN 13 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert S. Silver, Esq.
    MaryAnne Armstrong, Esq.
    Raymond T. Chen, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2011

JAN HORBALY
CLERK